BANCROFT ET AL., RESPONDENTS, *v.* LEVERTY ET AL., APPELLANTS.

(No. 6,027.)

(Submitted February 18, 1927. Decided March 23, 1927.)

[254 Pac. 1118.]

(See syllabus in *Patch* v. *Stewart, ante,* p. 192, 253 Pac. 254.)

*Appeal from District Court of Yellowstone County, O. F. Goddard, Judge.*

ACTION to quiet title by R. E. Bancroft and wife against Mathew M. Leverty and wife. From a judgment for plaintiffs, defendants appeal. Judgment reversed.

*Mr. Albert Anderson* and *Mr. M. J. Lamb,* for Appellants, submitted a brief.

No appearance on behalf of Respondents.

## Opinion: PER CURIAM.

This is an action to quiet title in plaintiffs to a tract of real estate. It was submitted and decided in the court below on an agreed statement of facts. Judgment was for plaintiffs. Defendants appealed. The essential facts in this case are analogous to the facts in *Patch* v. *Stewart, ante,* p. 192, 253 Pac. 254, decided by this court January 26, 1927, and the sole issue raised and presented in this court, in the instant case, is identical with the principal issue in that case, there fully discussed. Upon the authority of *Patch* v. *Stewart, supra,* the judgment in the instant case is reversed.

*Reversed.*